No. 00–8692. MOORE *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 00–8694. MORA *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 00–8700. ROLLE *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 00–8701. QUINTANA-TORRES *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 00–8706. WILLIAMS *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 00–8708. MASVIDAL *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 00–8712. WALTER *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 00–8715. LEYVA *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 00–8716. FREENEY *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 00–1196. WAL-MART STORES, INC. *v.* ROGERS; and
No. 00–1206. ROGERS *v.* WAL-MART STORES, INC. C. A. 6th Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of these petitions. Reported below: 230 F. 3d 868.

No. 00–1212. ALABAMA *v.* GRIFFIN. Sup. Ct. Ala. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 99–10101. CHANG *v.* UNITED STATES, 531 U. S. 860;
No. 00–5782. DONTIGNEY *v.* ARMSTRONG, COMMISSIONER, CONNECTICUT DEPARTMENT OF CORRECTION, 531 U. S. 961;
No. 00–6347. SIMPSON *v.* FLORIDA DEPARTMENT OF CORRECTIONS, 531 U. S. 1082;

No. 00-6429. KALASHO *v.* CITY OF EASTPOINTE ET AL., 531 U. S. 1039;

No. 00-6589. MENSAH *v.* WORKERS' COMPENSATION APPEAL BOARD OF PENNSYLVANIA (NORRELL TEMP AGENCY), 531 U. S. 1083;

No. 00-7171. LEWIS *v.* MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, 531 U. S. 1129;

No. 00-7250. HARVEY *v.* UNITED STATES, 531 U. S. 1101;

No. 00-7286. GALL *v.* UNITED STATES, 531 U. S. 1101;

No. 00-7414. HENSON *v.* BROMFIELD ET AL., 531 U. S. 1117; and

No. 00-8270. HOLMES *v.* CONROY, WARDEN, ET AL., 531 U. S. 1202. Petitions for rehearing denied.

MARCH 27, 2001

No. 00-9152 (00A835). ERVIN *v.* LUEBBERS, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER, ET AL. C. A. 8th Cir. Application for stay of execution of sentence of death, presented to JUSTICE THOMAS, and by him referred to the Court, denied. Certiorari denied.

MARCH 29, 2001

No. 00-9199 (00A850). IN RE WORKMAN. Application for stay of execution of sentence of death, presented to JUSTICE STEVENS, and by him referred to the Court, denied. Petition for writ of habeas corpus denied.

Statement of JUSTICE STEVENS, with whom JUSTICE SOUTER and JUSTICE BREYER join, respecting the denial of the petition for writ of habeas corpus.

As Judge Merritt pointed out in his opinion dissenting from the Court of Appeals' denial of relief last September, see *Workman v. Bell*, 227 F. 3d 331, 332 (CA6 2000), this petitioner has raised serious questions concerning his eligibility for the death penalty. When this Court reviewed petitioner's applications for relief in February, I was persuaded that those claims were sufficiently serious to require a full evidentiary hearing before a factfinder. The majority of the Court, however, did not share that opinion. *Workman* v. *Bell*, 531 U. S. 1193. I remain of the view that such